UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

January 10, 2023

Mr. David Michael Cooper
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue, 22nd Floor
New York, NY 10010

Mr. Alexander Hale Loomis
Quinn Emanuel Urquhart & Sullivan LLP
111 Huntington Ave, Suite 520
Boston, MA 02199

Mr. Juan Pablo Morillo
Mr. Derek Shaffer
Quinn Emanuel Urquhart & Sullivan
1300 I Street, NW, Suite 900
Washington, DC 20005

Mr. David G. Palmer
Greenberg Traurig
1144 15th Street, Suite 3300
Denver, CO 80202

Mr. Daniel Pulecio-Boek
Greenberg Traurig
District of Columbia
2101 L Street, NW, Suite 1000
Washington, DC 20037

**RE:    21-1196, 21-1324, Compania De Inversiones v. Grupo Cementos de Chihuahua**
Dist/Ag docket: 1:15-CV-02120-JLK

Dear Counsel:

Enclosed is a copy of the opinion of the court issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. 40(a)(1), any petition for rehearing must be filed within 14 days after entry of judgment. Please note, however, that if the appeal is a civil case in which the United States or its officer or agency is a party, any petition for rehearing must be filed within 45 days after entry of judgment. Parties should consult both the Federal Rules and local rules of this court with regard to applicable standards and requirements. In particular, petitions for rehearing may not exceed 3900 words or 15 pages in length, and no answer is permitted unless the court enters an order requiring a response. *See* Fed. R. App. P. Rules 35 and 40, and 10th Cir. R. 35 and 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:  Christopher T. Groen
     Gabriel Hertzberg
     Eliot Lauer
     Juan Otoniel Perla
     Marsha M. Piccone
     Sylvi Sareva

CMW/lg