FILED
United States Court of Appeals
Tenth Circuit

February 17, 2023

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| COMPANIA DE INVERSIONES MERCANTILES S.A., <br><br> Petitioner - Appellee, <br><br> v. <br><br> GRUPO CEMENTOS DE CHIHUAHUA S.A.B. DE C.V., <br><br> Respondents - Appellants. | No. 21-1196 <br> (D.C. No. 1:15-CV-02120-JLK) <br> (D. Colo.) |
| COMPANIA DE INVERSIONES MERCANTILES S.A., <br><br> Petitioner - Appellee, <br><br> v. <br><br> GRUPO CEMENTOS DE CHIHUAHUA S.A.B. DE C.V., et al., <br><br> Respondents - Appellants. | No. 21-1324 <br> (D.C. No. 1:15-CV-02120-JLK) <br> (D. Colo.) |

_____

**ORDER**
_____

Before **HOLMES**, Chief Judge, **MATHESON**, and **ROSSMAN**, Circuit Judges.
_____

This matter is before the court on *Respondents-Appellants' Petition for Panel Rehearing or Rehearing En Banc*. We also have a response from Petitioner-Appellee.

Having carefully considered the petition, the response, and the filings in this appeal, we direct as follows.

Respondents-Appellants' request for panel rehearing is denied by a majority of the panel members pursuant to Fed. R. App. P. 40. Judge Rossman would grant panel rehearing.

The petition and response were transmitted to all non-recused judges of the court who are in regular active service. As no member of the panel and no judge in regular active service requested that the court be polled, Respondents-Appellants' request for rehearing *en banc* is denied pursuant to Fed. R. App. P. 35(f).

                                              Entered for the Court,

                                              CHRISTOPHER M. WOLPERT, Clerk