FILED
United States Court of Appeals
Tenth Circuit

March 14, 2023

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| COMPANIA DE INVERSIONES MERCANTILES S.A., <br><br> Petitioner - Appellee, <br><br> v. <br><br> GRUPO CEMENTOS DE CHIHUAHUA S.A.B. DE C.V., <br><br> Respondents - Appellants. | No. 21-1196 <br> (D.C. No. 1:15-CV-02120-JLK) <br> (D. Colo.) |
| COMPANIA DE INVERSIONES MERCANTILES S.A., <br><br> Petitioner - Appellee, <br><br> v. <br><br> GRUPO CEMENTOS DE CHIHUAHUA S.A.B. DE C.V.; GCC LATINOAMERICA, S.A. DE C.V., <br><br> Respondents - Appellants. | No. 21-1324 <br> (D.C. No. 1:15-CV-02120-JLK) <br> (D. Colo.) |

_____

**ORDER**
_____

Before **HOLMES**, Chief Judge, **MATHESON**, and **ROSSMAN**, Circuit Judges.
_____

These matters are before the court on the parties' *Joint Stipulation for Dismissal*, which we construe as a Fed. R. App. P. 42(b) motion for voluntary dismissal. Exercising

our discretion, we decline to dismiss these appeals after having issued a published decision on the merits and denied Appellants' petition for rehearing and motion to stay the mandate.

Should the December 1, 2022 amendments to Fed. R. App. P. 42(b)(1) require dismissal by the clerk based on the parties' joint stipulation, good cause exists under Fed. R. App. P. 2 to suspend that requirement in these already-decided appeals. Accordingly, the motion, as construed, is DENIED.

To the extent the parties seek dismissal to avoid enforcement of the district court's judgment, they may pursue such relief below. To that end, the mandate shall issue forthwith.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk