UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

March 14, 2023

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** 21-1196, 21-1324, Compania De Inversiones v. Grupo Cementos de Chihuahua
Dist/Ag docket: 1:15-CV-02120-JLK

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeals issued today. The court's January 10, 2023 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: David Michael Cooper
Christopher T. Groen
Gabriel Hertzberg
Eliot Lauer
Alexander Hale Loomis
Juan Pablo Morillo
David G. Palmer

Juan Otoniel Perla
Marsha M. Piccone
Daniel Pulecio-Boek
Sylvi Sareva
Derek Shaffer

CMW/jm