**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 24, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| COMPANIA DE INVERSIONES MERCANTILES S.A., | |
| Petitioner - Appellee, | |
| v. | No. 21-1196<br>(D.C. No. 1:15-CV-02120-JLK)<br>(D. Colo.) |
| GRUPO CEMENTOS DE CHIHUAHUA S.A.B. DE C.V., | |
| Respondents - Appellants. | |

_____

| | |
|---|---|
| COMPANIA DE INVERSIONES MERCANTILES S.A., | |
| Petitioner - Appellee, | |
| v. | No. 21-1324<br>(D.C. No. 1:15-CV-02120-JLK)<br>(D. Colo.) |
| GRUPO CEMENTOS DE CHIHUAHUA S.A.B. DE C.V.; GCC LATINOAMERICA, S.A. DE C.V., | |
| Respondents - Appellants. | |

_____

## ORDER
_____

Before **HOLMES**, Chief Judge, **MATHESON**, and **ROSSMAN**, Circuit Judges.
_____

This matter is before the court on *Respondents-Appellants' Motion to Stay or, in the Alternative, to Recall Issuance of the Mandate*. Within 10 days of the date of this

order, Petitioner-Appellee shall file a response to the motion. Pursuant to Fed. R. App. P. 41(b), the mandate will not yet issue.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk